UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DARRELL M. SMITH                                              CIVIL ACTION

VERSUS                                                        NO: 20-208

C.B.M. CATERING CO., ET AL.                                   SECTION: "A" (4)

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that Darrell M. Smith's § 1983 claims against the defendants are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted under 28 U.S.C. § 1915, § 1915A and 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that the Defendants C.B.M.'s and Ms. Tee's Rule 12 Motions (R. Doc. 12) are **DISMISSED AS MOOT**.

September 1, 2020

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE